UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

REFUS HOLLOWAY, JR. and
LUCIARE FRIPP,

    Plaintiffs,

v.                                                                       Case No: 6:15-cv-129-Orl-40GJK

THE CITY OF ORLANDO, WILLIAM
ESCOBAR and JOEL WILLIAMS,

    Defendants.
_____/

## ORDER

This cause is before the Court on Defendant's Claim of Exemption and Request for Hearing (Doc. 122) filed on July 31, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 4, 2017 (Doc. 124), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The continuing writ of garnishment issued against the City of Orlando (Doc. 115) and the writs of garnishment issued against the City of Orlando and Orlando Federal Credit Union (Docs. 116, 117) are **DISSOLVED**.

3. The Claim of Exemption and Request for Hearing (Doc. 122) is **DENIED AS MOOT**.

4. The Clerk is **DIRECTED** to notify the parties of the dissolved writs of garnishment by mail.

**DONE AND ORDERED** in Orlando, Florida on October 19, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties